

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00323-CV

CHESAPEAKE OPERATING, INC.                                     APPELLANT

V.

SAMUEL CROWDER AND JANE                                       APPELLEES
CROWDER

------------

### FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY
### TRIAL COURT NO. 2011-008169-3

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the "Joint Motion To Set Aside Judgment Of The Trial

Court And Remand For Dismissal Pursuant To Settlement Agreement" filed by

the parties.  We construe this motion as a motion for voluntary dismissal of this

appeal.  *See* Tex. R. App. P. 42.1(a)(2)(B).  It is the court's opinion that the

---

[1]*See* Tex. R. App. P. 47.4.

motion should be granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See id.*; *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995) (order).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: December 4, 2014